UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:19-CV-24001-COOKE/GOODMAN

VERBENA PRODUCTS LLC d/b/a
BEAUTYVICE, a Florida limited
liability company,

      Plaintiff,

v.

SUAVECITO, INC., a California
Corporation,

      Defendant.
_____/

## JOINT SCHEDULING REPORT[1]

Plaintiff Verbena Products LLC d/b/a Beautyvice ("Plaintiff") and Defendant Suavecito, Inc. ("Defendant") (Plaintiff and Defendant are collectively referred to herein as "the parties"), through their respective counsel and pursuant to Fed. R. Civ. P. 16(b) and 26(f), S.D. Fla. L.R. 16.1, and this Court's October 2, 2019 Order (ECF No. 5), respectfully submit this Joint Scheduling Report and Joint Proposed Scheduling Order.

### REPORT OF THE PARTIES' FED. R. CIV. P. 26(f) CONFERENCE

**A.**    **The Likelihood of Settlement**

The parties have not yet engaged in formal settlement discussions, but agree that such discussions may begin before a formal mediation process has been scheduled. At this juncture, it is too early to determine the realistic prospects for settlement.

---

[1] Counsel for Defendant has yet to make a formal appearance in this action, and therefore, Defendant's counsel signature does not appear below. As set forth in the Plaintiff's Motion for Extension (ECF No. 10), which this Court granted (ECF No. 11), the parties are presently discussing the potential of resolving this case without further litigation. Nevertheless, in accordance with the Court's instructions, undersigned counsel has conferred with counsel for the Defendants and discussed the topics set forth in this Scheduling Report. The parties have also reviewed and agreed upon the substance and format of this Report.

**B.     The Likelihood of Appearance in the Action of Additional Parties**

The parties have met and conferred on the issue of whether additional parties will be added. At this juncture, it is too early to determine whether it may be necessary to add one or more parties to this action, should discovery indicate that this is necessary.

**C.     Proposed Limits on the Time**

The parties respectfully direct the Court to the attached Joint Proposed Scheduling Order Pursuant to Local Rule 16.1(b) ("Joint Proposed Scheduling Order"). Pursuant to the Court's October 2, 2019 Order (ECF No. 5), the parties have included Attachment A: Pretrial Deadlines, Pretrial Conferences and Trial Date to this Joint Scheduling Report (with additions to the Court's standing order bracketed and deletions struck through). To the extent there is any conflict between the Joint Proposed Scheduling Order and Attachment A, the Joint Proposed Scheduling Order shall control.

**D.     Proposals for the Formulation and Simplification of Issues**

At this time, the parties have not yet reached agreement on proposals for the formulation and simplification of issues but will discuss the formulation and simplification of issues based on the conduct of discovery in the case. The parties have agreed to work together to simplify the issues before any trial of this matter.

**E.     The Necessity or Desirability of Amendments to the Pleadings**

The parties have agreed to amend the pleadings if necessary by the dates set forth in the attached Joint Proposed Scheduling Order.

**F.     The Possibility of Obtaining Admissions Which Will Avoid Unnecessary Proofs**

The parties expect to serve interrogatories and requests for admissions that will seek to avoid unnecessary proofs. The parties will discuss stipulations regarding the authenticity of documents, electronically stored information or things, and the admissibility of evidence wherever possible. At this time, the parties are unaware of any need for advance rulings from the Court on the admissibility of evidence.

**G.     Suggestions for the Avoidance of Unnecessary Proof and of Cumulative Evidence**

At present, the parties have no suggestions but will work to avoid unnecessary proof and cumulative evidence.

**H.     Suggestions on the Advisability of Referring Matters to a Magistrate Judge or Master**

At this time, the parties do not consent to trial before the Magistrate (*see* Attachment C).

**I.    A Preliminary Estimate of the Time Required for Trial**

The parties have met and conferred and have agreed to continue these discussions. At this juncture, Plaintiffs anticipate that they will need 2 days for a trial, and Defendant anticipates it will need 2 days for a trial.

**J.    Requested Dates for Conferences**

The parties respectfully direct the Court to the attached Joint Proposed Scheduling Order for proposed dates for conferences.

**K.    Discovery Issues**

The parties agree to exchange logs of documents withheld on the basis of privilege on a date to be determined by the parties. The parties agree that privileged communications and/or work product created on or after September 27, 2019, need not be included on the privilege logs exchanged unless specifically requested. The parties agree that any claim of privilege asserted in objecting to any interrogatory or production demand will include the information contained in S.D. Fla. Local Rule 26.1(g)(3).

The parties are discussing the need for limits on discovery, including limits on the number of requests for production, interrogatories, requests for admission, and party depositions. The parties will notify the Court if intervention is necessary to help the parties reach agreement.

In light of the fact that disclosure of confidential and proprietary information will be necessary in this case, the parties agree to meet and confer on a proposed protective order to submit to the Court for approval.

To the extent this action requires the production of electronically stored information ("ESI"), the parties intend to prepare an agreement governing such ESI production and agree to use the ESI Checklist available on the Court's website to guide negotiation of that ESI agreement.

Dated: December 9, 2019

Respectfully submitted,

By: *s/ Richard Guerra*
    Richard Guerra
    Fla. Bar No. 689521
    Email: rguerra@brickellip.com
    Rafael Perez
    Fla. Bar No. 543101
    Email: rperez@brickellip.com
    Nicole Fundora
    Fla. Bar No. 1010231
    Email: nfundora@brickellip.com
    **THE BRICKELL IP GROUP, PLLC**
    1101 Brickell Avenue
    South Tower, Suite 800
    Miami, Florida 33131
    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by CM/ECF notice on December 9, 2019 on all counsel identified on the Service List below.

    *s/ Richard Guerra*
    Richard Guerra

## SERVICE LIST

Nicholas Myers
Email: nicholas@themyerslg.com
**THE MYERS LAW GROUP**
4695 MacArthur Court
Suite 200
Newport Beach, CA 92660
Telephone: (949) 825-5590
*Counsel for Defendant*

*Attachment A*: **Pretrial Deadlines, Pretrial Conference and Trial Date**

March 20, 2020 Amendment of pleadings, other than to join parties.

October 6, 2020 All *Markman* motions and accompanying memoranda of law must be filed.

November 6, 2020 Joinder of parties and claims.

January 15, 2021 Parties will furnish opposing counsel with a written list containing the names and addresses of all fact witnesses intended to be called at trial and only those witnesses listed will be permitted to testify unless good cause is shown and there is no prejudice to opposing party. The parties are under a continuing obligation to supplement discovery responses within ten days of receipt or other notice of new or revised information.

February 5, 2021 All fact discovery must be completed.

March 5, 2021 Any party having the burden of proof on any claims at issue must furnish expert witness list[s], along with the summaries/reports required by Fed. R. Civ. P. 26(a)(2), and only those expert witnesses will be permitted to testify. Within the fourteen-day period thereafter, the disclosing party will make its experts available for deposition.

May 14, 2021 All dispositive *and* other pretrial motions not explicitly excluded by Local Rule 7.1(a)(1) and accompanying memoranda of law must be filed. A minimum of 17 weeks is required for the Court to review dispositive motions prior to filing of the joint pretrial stipulation. If no dispositive motions will be filed, clearly note this fact in the Joint Scheduling Report.

April 2, 2021 The parties must furnish expert rebuttal witness lists along with the summaries/reports required by Fed. R. Civ. P. 26(a)(2), and only those expert witnesses will be permitted to testify. Within the fourteen-day period thereafter, the parties will make its experts available for deposition.

April 30, 2021 All expert discovery must be completed.

July 9, 2021 All Daubert motions and accompanying memoranda of law must be filed. *If a Daubert or Markman hearing is necessary, add that as an additional deadline at the bottom of Attachment A.*

July 16, 2021 Mediation must be completed. (The parties should select the earliest date to maximize resolution of the case in a manner that promotes client and judicial economy.)

September 24, 2021 (a) Joint pretrial stipulation must be filed pursuant to Local Rule 16.1(e). The pretrial stipulation will include Plaintiff's non-binding breakdown of damages with corresponding amounts; the witness lists will be pared down to those witnesses the parties actually intend to call at trial; and the exhibit lists will identify the witness introducing each exhibit. The parties will meet at least one month prior to the deadline for filing the pretrial

stipulation to confer on the preparation of that stipulation. The Court will not accept unilateral pretrial stipulations, and will strike, *sua sponte*, any such submissions; and

(b) Joint Summary of Respective Motions *in Limine* must be filed. The Summary will contain a cover page providing the style of the case and an index of the motions *in limine*. The Summary will also include for each evidentiary issue: (*i*) a one page motion identifying the evidence sought to be precluded at trial and citing legal authority supporting exclusion; and (*ii*) a one page response to the motion providing a statement of the purpose for which the challenged evidence would be offered and citing legal authority in support of admission of the challenged evidence. The parties will work together to prepare the Summary. Prior to submission of the Summary, the parties are encouraged to resolve evidentiary issues through stipulation.

<u>October 28, 2021</u> Final proposed jury instructions (for jury trial) or findings of fact and conclusions of law (for bench trial) must be submitted. *(A courtesy copy will be submitted to chambers at cooke@flsd.uscourts.gov, in Microsoft Word format).* Each party's trial witness list, with one-sentence synopsis and time needed for direct and cross examination; proposed *voir dire* questions; and deposition designations.

<u>November 2, 2021</u> Trial Date. 715 days

*Attachment C*: **Magistrate Judge Jurisdiction Election Form**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:19-CV-24001-COOKE/GOODMAN

VERBENA PRODUCTS LLC d/b/a
BEAUTYVICE, a Florida limited
liability company,

    Plaintiff,

v.

SUAVECITO, INC., a California
Corporation,

    Defendant.
_____/

### ELECTION TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE FOR FINAL DISPOSITION OF MOTIONS

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned parties to the above-captioned civil matter hereby jointly and voluntarily elect to have a United States Magistrate Judge decide the following motions and issue a final order or judgment with respect thereto:

1. Motions for Costs Yes _____ No _x__
2. Motions for Attorney's Fees Yes _____ No __x__
3. Motions for Sanctions Yes _____ No __x__

_12/09/2019_    _/Richard Guerra/_____
(Date)    (Signature-Plaintiffs' Counsel)

_12/09/2019_    _/Nicholas Myers/_____
(Date)    (Signature-Defendant's Counsel)