UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-24001-Civ-COOKE/GOODMAN

VERBENA PRODUCTS LLC,

    Plaintiff,

vs.

SUAVECITO, INC.,

    Defendant.

_____/

## ORDER OF DISMISSAL

THIS CASE has been **DISMISSED** *with prejudice* under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear their own attorneys' fees and costs, except as otherwise provided under the terms of their settlement agreement. *See* Stipulation of Dismissal with Prejudice, ECF No. 20. The Clerk will **CLOSE** this case. The Court **DENIES** *as moot* any pending motions.

**DONE and ORDERED** in chambers, at Miami, Florida, this 12th day of August 2020.

*[signature: Marcia G. Cooke]*

MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of Record*